# United States District Court

## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **WILLIAM E. CALLAHAN, JR.**, presiding.

DATE: **December 31, 2008**

CASE NO. **08-CR-162**

UNITED STATES v. **RAYMOND TURNER**

PROCEEDING: **BAIL REVIEW**

Deputy Clerk: Brenda

Court Reporter:

Time Called: *11.18.16*

Time Concluded: *11.33:53*

*11.51:13*

*11:59.18*

UNITED STATES by: ~~Erica O'Neil~~ *Steve Ingraham*

Probation Officer: *Kristi Bakken*

Interpreter:

DEFENDANT: **Raymond Turner**, in person, and by

ATTORNEY: **Scott Wales** / *Craig Johnson*

---

*Court gives background of case
Atty Wales stmts regarding status of case
Defense proffer/modification of defts
conditions of release. dft currently
on lock down at his grandmothers home
dept seeking to be removed AEM and
placed on curfew status. Request that.
the sobriety test be removed as a condition
Gout's response to defense proffer - Request
that lock down status g dept be continued.
11:51 Court Resumed
Courts stmts before ruling*

08-CR-162                                                12-31-08

Court remove dept f/lock down

    — dept placed in EM, can
      only leave w/ prior approval
      f/PTS
    — PTS will only require
      dept to submit to sobriety
      ~~only~~ when he returns
      home
    — all of the above is contingent
      on the reports submitted
      by dept to PTS today