# United States District Court
### EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **WILLIAM E. CALLAHAN, JR.**, presiding.     Deputy Clerk: Brenda
DATE: **April 20, 2009**     Court Reporter:
CASE NO. **08-CR-162**     Time Called: 11:02:33
UNITED STATES v. **RAYMOND TURNER**     Time Concluded: 11:17:57
PROCEEDING: **REQUEST FOR MODIFICATION OF BOND**

UNITED STATES by: **Erica O'Neil/Bridget Domaszek**
    Probation Officer: Kristi Bakken
    Interpreter:

DEFENDANT: **Raymond Turner**, in person, and by
ATTORNEY: **Scott Wales**

---

Court gives background of case allegations, proposed change of residence for deft to reside with girlfriend. Govt's response to defense proposal. P.O. Bakken stmts regarding program deft is enrolled in which may lead to employment in 6 weeks. Govt has no objection to defense proposal.
- Request continuation of EM and curfew

Court questioned deft's girlfriend. Court grants request of defense counsel [illegible] with all conditions previously imposed.